# Court of Appeals
# of the State of Georgia

ATLANTA,____August 11, 2016____

*The Court of Appeals hereby passes the following order:*

### A16I0266. BRG COLLECTIONS, LLC v. KOZY CONSTRUCTION, INC. a/k/a KOZY CONSTRUCTION, LLC.

The Fulton County Tax Commissioner issued a writ of Fiera Facias in the name of Kozy Construction LLC, after Skatt Investments, LLC, which purchased the property at a tax sale, failed to pay ad valorem property taxes. BRG Collections allegedly redeemed the property and foreclosed. The trial court entered a final order and decree of title, vesting fee simple title to the property in BRG Collections on March 26, 2014. Kozy Construction filed a motion to set aside, which the trial court denied. Kozy Construction then filed a motion for reconsideration, which the trial court granted. The trial court certified its order for immediate review, and BRG Collections filed this application for interlocutory appeal. We, however, lack jurisdiction.

The Supreme Court has original appellate jurisdiction over cases involving title to land. See Ga. Const. 1983, Art. VI, Sec. VI, Par. III. Because the application involves title to land, jurisdiction over this matter lies in the Supreme Court. See *Tharp v. Harpagon Co.*, 278 Ga. 654, 655 (1) (604 SE2d 156) (2004); *Nat. Tax Funding v. Harpagon Co.*, 277 Ga. 41 (586 SE2d 235) (2003). Accordingly, this application is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,____08/11/2016____*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____Stephen E. Castlen_____, *Clerk.*